IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | } | |
| | } | |
| vs. | } | |
| | } | |
| **CHRIS MEYER,** | } | CR 09-B-0261-E |
| | } | |
| **Defendant.** | } | |

## ORDER

This case comes before the court on defendant's Motion to Suppress, filed July 24, 2009 (Doc. 7).[1]  The court has carefully considered the Motion, the Government's Response in Opposition to Motion to Suppress, and the case file in this action, together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be, and hereby is, **ADOPTED** and **APPROVED.**.

In accordance with the Magistrate Judge's Recommendation, the defendant's Motion to Suppress is **DENIED**.

**DONE** this 1st day of September, 2009.

*[signature: Sharon Lovelace Blackburn]*

**SHARON LOVELACE BLACKBURN**
United States District Judge

---

[1] References to "Doc. __" are to the documents as numbered by the clerk of court in the court's record of the case.